UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FOX NEWS NETWORK, LLC,

                        Plaintiff,          :    Case No.

    -against-

BOARD OF GOVERNORS
OF THE FEDERAL RESERVE
SYSTEM,
                      Defendant.
------------------------------------------------------------X

## DISCLOSURE STATEMENT UNDER RULE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, I, the undersigned counsel for Fox News Network, L.L.C., (a private non-governmental party) certify that to the best of my knowledge and belief, the following are corporate parents and/or publicly held corporations that own 10% or more of said party's stock: Fox Entertainment Group, Inc., and News Corporation.

Dated: New York, New York
       January 12, 2009

                                       MINTZ & GOLD LLP

                                       _____
                                       Steven G. Mintz
                                       Paul Ostensen
                                       470 Park Avenue South
                                       10th Floor North
                                       New York, New York 10016-6819
                                       Tel: (212) 696-4848
                                       Fax: (212) 696-1231
                                       mintz@mintzandgold.com
                                       ostensen@mintzandgold.com
                                       *Attorneys for Plaintiff*
                                       *Fox News Network, LLC*