RECEIV

JAN 26 2009

CHAMBERS OF
ALVIN K. HELLERST

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

FOX NEWS NETWORK, LLC,                      :

                          Plaintiff,        :          Case No. 09 cv 00272 (AKH)

        -against-                           :
                                            :          ECF Case
BOARD OF GOVERNORS                          :
OF THE FEDERAL RESERVE                      :          STIPULATION and ORDER
SYSTEM,                                     :
                          Defendant.        :
------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel

for the parties in the above-captioned action, that:

1.  On or before February 19, 2009, defendant shall answer the complaint and provide

    *Vaughn* indexes (*Vaughn v. Rosen*, 484 F.2d 820 (D.C. Cir. 1973)) for both of

    plaintiff's Freedom of Information Act ("FOIA") requests (FOIA request no.

    200910073 dated November 10, 2008, and FOIA request no. 2009100106 dated

    November 18, 2008).

2.  Defendant hereby waives all objections to subject matter jurisdiction and any claim

    that plaintiff failed to exhaust its administrative remedies.  Plaintiff hereby withdraws

    its administrative appeal of FOIA request no. 2009100106 filed with defendant on or

    about January 19, 2009.  Plaintiff hereby withdraws its Motion for Preliminary

    Injunction and Order to Show Cause filed with the Court on January 15, 2009.

3.  The parties shall meet face-to-face on February 25, 2009, at the offices of Mintz &

    Gold LLP, for no less than two hours, to discuss defendant's *Vaughn* indexes.

4.  The last day for the parties to cross-move for summary judgment is March 27, 2009.

5.  Opposition papers to the cross-motions are due on April 17, 2009.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/27/09

6. Reply papers to the cross-motions are due on April 30, 2009.

IT IS FURTHER STIPULATED AND AGREED that facsimile or electronic signatures will be deemed equivalent to originals, and that this Stipulation and Order may be executed in counterparts.

Dated:    New York, New York
          January 26, 2009

MINTZ & GOLD LLP

Steven G. Mintz
Paul Ostensen
470 Park Avenue South, 10th Floor North
New York, New York 10016
(212) 696-4848
mintz@mintzandgold.com
ostensen@mintzandgold.com
*Attorneys for plaintiff Fox News Network LLC*

Katherine H. Wheatley
Associate General Counsel
Yvonne F. Mizusawa
Senior Counsel
Board of Governors of the Federal Reserve System
20th and C Streets, N.W.
Washington, D.C. 20551
(202) 452-3436
kit.wheatley@frb.gov
yvonne.f.mizusawa@frb.gov
*Attorneys for Defendant the Board of Governors
of the Federal Reserve System*

So Ordered:

United States District Judge

2