UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FOX NEWS NETWORK, LLC,                : 09 Civ. 00272 (AKH)
                                      :
                    Plaintiff,        : NOTICE OF MOTION BY
    -against-                         : PLAINTIFF FOX NEWS
                                      : NETWORK, LLC FOR
BOARD OF GOVERNORS OF THE             : **SUMMARY JUDGMENT**
FEDERAL RESERVE,                      :
                                      : ECF CASE
                    Defendant.        :
-----------------------------------------------------------X

**PLEASE TAKE NOTICE** that upon the annexed Declarations of Steven G. Mintz and Carlotta Cassidy, and the exhibits thereto, the Memorandum of Law, the Statement of Material Facts Not in Dispute and all the pleadings had herein, Plaintiff Fox News Network, LLC, will move this Court before the Honorable Alvin K. Hellerstein, U.S.D.J., at a date and time to be determined by the Court, in Room 14D of the United States Courthouse, 500 Pearl Street, New York, New York, for an order granting summary judgment pursuant to Fed. R. Civ. P. 56.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the briefing schedule entered by the Court, opposition papers to this motion shall be served on or before April 17, 2009.

**PLEASE TAKE FURTHER NOTICE** that reply papers shall be served on or before April 30, 2009.

Dated: New York, New York
       March 27, 2009

MINTZ & GOLD LLP

_____
Steven G. Mintz
470 Park Avenue South
New York, NY 10016-6819
Tel: (212) 696-4848
mintz@mintzandgold.com
*Attorneys for Plaintiff*
*Fox News Network, LLC*