UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FOX NEWS NETWORK, LLC,                    :
                                          :   Case No. 09 cv 00272 (AKH)
                    Plaintiff,            :
         -against-                        :   ECF CASE
                                          :
BOARD OF GOVERNORS OF THE                 :   **DECLARATION OF**
FEDERAL RESERVE SYSTEM,                   :   **CARLOTTA CASSIDY IN**
                                          :   **SUPPORT OF MOTION FOR**
                    Defendant.            :   **SUMMARY JUDGMENT**
------------------------------------------------------------X

      CARLOTTA CASSIDY makes the following declaration, under the penalty of perjury pursuant to 28 U.S.C. §1746, that the following is true and correct:

      1.     I am the Senior Media Counsel of Fox News Network, LLC ("Fox News"), the owner of the Fox Business Network. Fox News and the Fox Business Network are collectively referred to herein as "Fox Business." I am fully familiar with the facts and circumstances set forth herein.

      2.     On January 26, 2009, this Court ordered Fox Business and defendant, Board of Governors of the Federal Reserve System (the "Board"), to hold a face-to-face meeting to discuss the issues in the case.

      3.     On February 25, 2009, I attended the face-to-face meeting, which was also attended by the attorneys for Fox Business (Steven Mintz, Lisabeth Harrison and Paul Ostensen) and the Board's representative, Senior Counsel, Yvonne Mizusawa.

      4.     When asked by Steven Mintz about the Board's search efforts, Ms. Mizusawa stated that Allison Thro supervised the search for records in response to Fox Business's FOIA requests.

1

5.      When asked by Steven Mintz about Fox Business's request for records concerning collateral pledged by borrowers, and whether such records existed, Ms. Mizusawa stated that the Board had consulted with the Federal Reserve Banks ("FRBs") regarding the collateral records and asked them to conduct a search. Ms. Mizusawa confirmed that the collateral records exist at the FRBs, and that the Board would not produce the collateral records because they are not records of the Board.

Executed in New York, New York, on this 27th day of March, 2009.

_____
Carlotta Cassidy