UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| FOX NEWS NETWORK, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff, | | |
| v. | | Civ. No. 09-cv-00272 (AKH) |
| BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM, | | |
| Defendant. | | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the attached declarations of Alison M. Thro, Brian F. Madigan, Susan E. McLaughlin, Lorie K. Logan, Anne F. Baum, Christopher R. Burke, and Jacqueline P. Palladino, and Memorandum of Points and Authorities and Statement of Material Facts Not in Dispute, defendant the Board of Governors of the Federal Reserve System will move this Court, before the Honorable Alvin K. Hellerstein, United States District Judge, United States Courthouse, 500 Pearl Street, Courtroom 14D, New York, New York, on a date to be set by the Court, for an order granting summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure in this case arising under the Freedom of Information Act, 5 U.S.C. § 552, on the grounds that no records have been improperly withheld from the plaintiff, and the defendant is entitled to judgment as a matter of law.

2

Dated: March 27, 2009

       /s/Yvonne F. Mizusawa
Katherine H. Wheatley (KW7931)
Associate General Counsel
Yvonne F. Mizusawa (YM5081)
Senior Counsel
Board of Governors of the Federal
  Reserve System
20th and C Streets, N.W.
Washington, D.C. 20551
Ph: (202) 452-3436
Fax: (202) 736-5615