

**BOARD OF GOVERNORS
OF THE
FEDERAL RESERVE SYSTEM
WASHINGTON, D. C. 20551**



ADDRESS OFFICIAL CORRESPONDENCE
TO THE BOARD

April 22, 2009

*Leave to Def'ts to
file late is granted.
4-29-09
/s/ AKH*

**BY FACSIMILE**
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street, Room 1050
New York, NY  10007

RE:  *Fox News Network LLC v. Board of Governors of the Federal Reserve System*, No. 09 cv 00272 (AKH)

Dear Judge Hellerstein:

Pursuant to the Court's individual rule 1(D), defendant, the Board of Governors of the Federal Reserve System, requests an extension of time to file Defendant's Response to Plaintiff's Statement of Material Facts Not in Dispute, as required by Local Rule 56.1(b) of the Southern District of New York ("Defendant's Response"). Defendant's Response was due April 17, 2009, when the defendant filed its Opposition to Plaintiff's Motion for Summary Judgment. Defendant's Response is ready to file today, and will be filed as soon as the defendant is notified that the Court has granted an extension. The parties' replies are scheduled to be filed April 30, 2009 and the Court has noticed oral argument for May 19, 2009.

Defendant has made no previous requests for extensions. Counsel for the defendant has conferred with counsel for the plaintiff, and provided a draft of this letter. Counsel for the plaintiff has informed counsel for the defendant that it does not object to the requested extension.

If you have any questions, please feel free to contact me at (202) 452-3436.

Sincerely,

Yvonne F. Mizusawa
Counsel for the Defendant

cc: Steven G. Mintz (by facsimile)
    Paul Ostensen
    Mintz & Gold
    Counsel for the plaintiff

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/29/09