UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FOX NEWS NETWORK, LLC,  :  09 Civ. 00272 (AKH)

        Plaintiff,  :  **NOTICE OF APPEAL**

 -against-  :  **IN A CIVIL CASE**

BOARD OF GOVERNORS OF THE
FEDERAL RESERVE SYSTEM,  :  ECF CASE

        Defendant.  :
-------------------------------------------------------------X

  **NOTICE IS HEREBY GIVEN** that Plaintiff, Fox News Network, LLC, hereby appeals to the United States Court of Appeals for the Second Circuit from the Amended Judgment entered in this action on the 2nd day of September, 2009, the Judgment entered on the 3rd day of August, 2009, and from the underlying Opinion and Order entered in this action on the 30th day of July, 2009, which granted summary judgment to Defendant, Board of Governors of the Federal Reserve System, and denied summary judgment to Fox News Network, LLC and all of the District Court's findings, rulings and prior orders embodied therein. Copies of the Amended Judgment and the Opinion and Order are attached hereto as Exhibit A and Exhibit B.

  Respectfully submitted this 9th day of September, 2009.

        MINTZ & GOLD LLP

        _____
        Steven G. Mintz
        Terence W. McCormick
        470 Park Avenue South
        10th Floor North
        New York, NY 10016-6819
        Tel: (212) 696-4848
        mintz@mintzandgold.com
        mccormick@mintzandgold.com
        *Attorneys for Plaintiff*
        *Fox News Network, LLC*

To:    Katherine M. Wheatley, Esq.
        Yvonne F. Mizusawa, Esq.
        Board of Governors of the Federal Reserve System
        20th and C Streets, N.W.
        Washington, D.C. 20551
        Tel: (202) 452-3436
        Fax: (202) 756-5615