ORIGINAL

**UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF NEW YORK**

**DOCUMENT #** 38

---

**FOX NEW NETWORK, LLC**

v.

**BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM**

---

**Date:** October 9, 2009

**U.S.C.A.#** 09-3795-CV

**U.S.D.C.#** 09-CV-272

**D.C. JUDGE:** ALVIN K. HELLERSTEIN

## Notice To The Docket Clerk

( ) Original Record                (xxx) 1st Supplemental Record

The record in the above-entitled case was indexed to the U.S.C.A. for the Second Circuit on the 9th day of October, 2009.

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

FOX NEW NETWORK, LLC

v.

BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM

Date: October 9, 2009

U.S.C.A.# 09-3795-CV

U.S.D.C.# 09-CV-272

D.C. JUDGE: ALVIN K. HELLERSTEIN

## 1ST SUPPLEMENTAL INDEX TO THE RECORD ON APPEAL

| | |
|---|---|
| Prepared by (Name) | Kevin Brown |
| Firms name: | Counsel Press LLC |
| | c/o Mintz & Gold, LLP |
| Firms address: | 520 Eighth Avenue, 8th Floor |
| | New York, New York 10018 |
| Firms Phone Number: | 212-685-9800 |

DISTRICT COURT DOCKET ENTRIES
DOCUMENT DESCRIPTION                                                                 DOC.#

1) Transcript _____    6____
2) Transcript _____    32___
3) _____    ____
4) _____    ____
5) _____    ____



UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

---

FOX NEW NETWORK, LLC

v.

BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM

---

Date: October 9, 2009

U.S.C.A.# 09-3795-CV

U.S.D.C.# 09-CV-272

D.C. JUDGE: ALVIN K. HELLERSTEIN

## 1st Supplemental Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified extract of the docket entries and the original filed papers numbered 1 Through 37, inclusive, constitutes the 1st supplemental record on appeal in the above entitled proceedings.

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 9th Day of October In this year of our Lord, Two Thousand and Nine, and the Independence of the United States this 234th year.

J. Michael McMahon

By _____
Deputy Clerk

COPY

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

Date: October 9, 2009

FOX NEW NETWORK, LLC

U.S.C.A.# 09-3795-CV

v.

U.S.D.C.# 09-CV-272

BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM

D.C. JUDGE: ALVIN K. HELLERSTEIN

## Extract of Docket Entries

| Date | Document Description |
|---|---|
| 01/06/2009 | Transcript |
| 06/16/2009 | Transcript |

J. Michael McMahon, Clerk

By: _____
Deputy Clerk